DONALD ATKINSON, Respondent, v. SPAULDING-YATES, INC., et al., Appellants-Respondents.—

Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

In the Matter of MICHAEL BARATTA, JR., Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.—

Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND CLINE, Appellant.—

Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN R. LIPARI, Appellant.—

Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD KELLY, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.—

Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

In the Matter of the Accounting of FRANCES H. BARON, as Executrix of BARBARA O. HEPT, Deceased, Respondent. LOUIS J. HEPT, Appellant.—

Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN BARBER, Appellant.—

Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OTIS H. BROWN, Appellant.—

Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.